# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------------X
KENDALL BROWNE,

                Plaintiff,                  23 **CIVIL** 3173 (CS)

   -against-                           **JUDGMENT**

P/O KENNETH T. ANDERSON individually,
P/O GANESH R. BHAGWANDEEN individually,
P/O DANIEL L. GRAHAM individually, and the
TOWN OF WALLKILL.

                Defendants.
-------------------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion & Order dated January 6, 2025, Defendants' motion for summary judgment is GRANTED. The federal claims are dismissed with prejudice, and the state law claims are dismissed without prejudice, and the case is closed.

**Dated:**  New York, New York

     January 6, 2025

                                                    **TAMMI M. HELLWIG**
                                                      **Clerk of Court**

                             **BY:**

                                                      **Deputy Clerk**